ORCU Legal Use Only

2015 APR 20 AM 9:36

JAMES W. ...
BY: _____

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 20 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

District Court Clerk's Office,

4:15-CV-225-BSM-JJV

I would like to file a Complaint on Sgt. Ford, Sgt. Bell and ADC. On 2/18/2015 I was being escort to "West ISO Hole," by the above Names/Staff. When we got about 15 feet from the Entrance of the Hole Door, I was slammed on my Face, by both the Sergeant's while "I was Handcuff with my Hand's behind my Back."

The Sergeant's at Metted on My Grievance Form, wheir I have the Star's at, that they did use "Maliciously and Excessive Force," from being slammed on My Right Side on My Face, I've been suffering from "My Right Eye twitching," and "Very Bad Headack's," from what had happen to me by the ADC Guard's. Sgt. Ford, Sgt. Bell and ADC have Violated My Eighth Amendment, and is "Responsible for the Unnecessary and Wanton Infliction of Pain," that I'm dealing with. From slamming me on My Face while I was already in Handcuff's; See Brown V. Lippard, 472 F.2d 384 (5th Cir. 2006).

I would like the above Names to give me a "Apology, Medical Fees, Attorney Fees, and $65,000 Payed in Full as My State of Claim."

Date: 4/17/2015

Ronnie Moore
Signature   ADC# 133155
Ouachita River Unit
P.O. Box 1630
Malvern, Ark. 72104-1475

This case assigned to District Judge Miller
and to Magistrate Judge Volpe

Exhibit-1

# UNIT LEVEL GRIEVANCE FORM

RECEIVED MAR 04 2015 BY: _____

Attachment I

Unit/Center ORUC
Name RONNIe MOORe
ADC# 133155   Brks # West ICO   Job Assignment BU

FOR OFFICE USE ONLY
GRV. # OR-15-0023
Date Received: 3-4-15   23
GRV. Code #: 800

2-26-15 (Date) STEP ONE: Informal Resolution

3-2-15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: I was SLAMMED ON MY face when IN CUff I DoNot Fill AROUND this sgts (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how **you** were affected. (Please Print):

ON 2-18-15 I was Being takeiN to the HOe BY Sgt FORD A sgt Bell when we get About 15 Ft feet FORM the West ICO DOOR I was SLAMMED ON MY Face I was IN Cuff At this time I Fuer thes tow sgts will try to Do something to me when I get out of the Hoe So HELP me PLaces
RoNNie Moore                             2-26-15
Inmate Signature                          Date

If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 2-26-15 (date), and determined to be Step One and/or an Emergency Grievance ✓ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

Sgt Maxwell   68594   [signature]   2-26-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates:
* On 2-18-15 I Sgt. Ford and Bell did escort I/M Moore to West ISO while being escorted I/M Moore did attempt to resist and escape. I Sgt Ford did use the least amount of Force needed to phic I/M Moore on the ground, and regain control. I/M Moore was seen by medical after Incident
Sgt Maxwell 3-3-15    RoNNie Moore 133155 3-2-15
Print and Sign Staff Name & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.